**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 58 WAL 2018
                         : 
            Respondent    : 
                         :    Petition for Allowance of Appeal from
                         :    the Order of the Superior Court
          v.                  : 
                         : 
                         : 
THOMAS KEN IRWIN,             : 
                         : 
            Petitioner      : 

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.